UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
THE ARBITRATION

between

DAVID MUNCK, AS MANAGER OF
THE NEW YORK METROPOLITAN AREA
JOINT BOARD, LOCAL 89-22-1, UNITE,
Petitioner,

and

BARI JAY FASHIONS, INC.,
Respondent.

**FULL SATISFACTION OF
JUDGMENT NO. 05,1348**
05 Civ. 3266 (HB)

#05,1348

    **WHEREAS**, a Judgment was entered in the Civil Action Index No. 05 Civ. 3266 (HB) on July 14, 2005 in the United States District Court for the Southern District of New York as Judgment No. 05,1348 in favor of David Munck, as Manager of the New York Metropolitan Area Joint Board, Local 89-22-1, UNITE (hereinafter, the "Petitioner"), and against Bari Jay Fashions, Inc. (hereinafter, the "Respondent"), for the total amount of $979.82, which Judgment was docketed on July 14, 2005 in the Office of the Clerk of the United States District Court for the Southern District of New York as Judgment No. 05,1348.

    **WHEREAS**, Judgment No. 05,1348 has been fully and completely satisfied and the sum of $0.00 remains unpaid, and it is certified that there is no outstanding execution with any Sheriff or Marshall.

    **THEREFORE**, full and complete satisfaction of Judgment No. 05,1348 is hereby acknowledged, and the said Clerks are hereby authorized and directed to make an entry of full and complete satisfaction on the docket of said Judgment.

Dated: December 14, 2005
         New York, New York

                                    Judith Greenspan, Esq. – JG 5924
                                    Attorney for Petitioner
                                    730 Broadway, Tenth Floor
                                    New York, New York 10003-9511
                                    (212) 539-5401

STATE OF NEW YORK )
) ss.
COUNTY OF NEW YORK )

On this 14th day of December, 2005, before me, personally came Judith Greenspan, to me known and known to me to be the Attorney of Record for David Munck, as Manager of the New York Metropolitan Area Joint Board, Local 89-22-1, UNITE, Petitioner in the above entitled action, and to be the same person described in and who executed the within Full Satisfaction of Judgment No. 05,1348 and acknowledged to me that she executed the same in her capacity as Attorney of Record.

_____
ARMAND SPILOTROS
Notary Public, State of New York
No. O1SP4839358
Qualified in Queens County
Commission expires July 31, 2009